In the Matter of the Application for a Compulsory Accounting in the Estate of JOHN JEFFERSON COOPER, Deceased. LENA SCHULTZ, Appellant; ELIZABETH EDWARDS, as Executrix, etc., of JOHN JEFFERSON COOPER, Deceased, Respondent. — Decree of the Surrogate's Court of Rockland county, in so far as it rejects and disallows the claim of the petitioner, reversed on the law and the facts, and the claim of the petitioner for services rendered to the testator allowed at the sum of $5,400, less legacy of $600, making a net amount of $4,800. The claim was established by a fair preponderance of the evidence, which is all that is required in this as in similar actions, and should have been allowed. (Matter of Grismer, 225 App. Div. 804.) Lazansky, P. J., Rich, Hagarty, Carswell and Scudder, JJ., concur.

In the Matter of Supplementary Proceedings: MARY H. PRIESTLEY, Respondent, v. OSCAR BERG, Appellant.— Order adjudging appellant in contempt and order denying motion for reargument affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Seeger, Carswell and Scudder, JJ., concur.

In the Matter of the Application of COUNTY OF WESTCHESTER, Appellant, to Acquire Title to Lands of WARRANTY REALTY COMPANY and SAMUEL COHEN, Respondents.— Order setting aside report of commissioners of appraisal and directing the appointment of new commissioners unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Hagarty, Carswell and Scudder, JJ.

In the Matter of Proving the Alleged Last Will and Testament of JOSEPH ROSENBERG, Deceased. SADIE FRIEDMAN, as Executrix, etc., of JOSEPH ROSENBERG, Deceased, Petitioner, Respondent; S. SAMUEL ROSENBERG, Appellant; RICHARDS M CAHOONE, as Special Guardian for Infant Legatees, Respondent.— Decree of the Surrogate's Court of Kings county unanimously affirmed, with costs to petitioner, respondent, and the special guardian payable out of the estate. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

In the Matter of the Application of RUTLAND PARKWAY, INC., and Others, Appellants, against WILLIAM E. WALSH and Others, Constituting the Board of Standards and Appeals, and PRIOR REALTY CORPORATION, Respondents.— Order dismissing writ of certiorari and confirming determination of the board of standards and appeals affirmed, with fifty dollars costs and disbursements. The form of the resolution is inartistic and fails to use, as it should have done, the term " unnecessary hardship." The return, however, discloses that the resolution is intended to invoke that ground as a basis for the board's action in that the record contains evidence of " unnecessary hardship " and incorporates, by reference, records in cases involving adjoining plots where actions of the board upon the ground of " unnecessary hardship " were confirmed by the courts in situations paralleling that involved herein, particularly in Matter of Forman v. Walsh (217 App. Div. 765). The return herein conforms in substance to the requirements of People ex rel. Fordham M. R. Church v. Walsh (244 N. Y. 280). Lazansky, P. J., Rich, Hagarty, Carswell and Scudder, JJ., concur.